DAVID B. DAY, PATRICK BRESNAN and STILLMAN B. WALKER, appellants,

*v.*

THE ARGUS PRINTING COMPANY and JOHN C. BESSON, receiver, respondents.

When a decree made by the chancellor upon consent of the parties bears date of a day on which his attention was first called to it, but not of the day on which it was actually presented for his signature, it is within the power of the chancellor to amend the decree so as truly to state the date on which it was actually signed.

On November 17th, 1888, the suit in chancery was discontinued by consent of the parties. On November 25th, 1888, the chancellor made an order in the cause as follows:

"It being represented to the chancellor, and established to his satisfaction, by all the solicitors of record appearing in this suit, on the 17th day of November, A. D. 1888, for a dismissal of the bill, and that on that day John W. Bissell, Esq., one of said solicitors, stated to the chancellor upon the street that he desired to obtain such decree, and was advised by the chancellor to mail the same to Trenton for signature, and that the said decree was in fact presented to the chancellor at his chambers in Jersey City, on Monday, November 19th, 1888, and signed by him on that day, without his attention being called to the date or any request being made to him that the said decree should be made *nunc pro tunc*, and that the same was signed bearing date November 17th, 1888; and it appearing proper that the true date of the actual signing of said decree should be made to appear, it is * * * ordered and decreed, in the presence of R. L. Lawrence and J. H. Potts, counsel appearing for the parties to this suit, and of Charles L. Corbin, counsel for creditors of the defendant, that the said decree of dismissal be amended by striking out the word 'seventeenth' in the date of said order, and substituting therefor the word 'nineteenth.'"

The complainants appealed from this order.

*Mr. John W. Bissell, H. Westbrook Winfield* and *Mr. Robert L. Lawrence,* for the appellants.

*Messrs. Collins & Corbin,* for the respondents.

PER CURIAM.

The order affirmed as made in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, SMITH, WHITAKER—10.

*For reversal*—None.